IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. BROWN, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) ) Civil Action No. 05-6-KAJ |
| KMART, | ) ) ) |
| Defendant. | ) |

### ORDER

WHEREAS, plaintiff filed a complaint with this Court on January 6, 2005;

WHEREAS, plaintiff has failed to serve the defendant;

IT IS HEREBY ORDERED that, on or before January 3, 2006, plaintiff shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

/s/ Kent A. Jordan
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware
December 14, 2005