IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-6-KAJ |
| | ) | |
| KMART, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

At Wilmington, this 19th day of January, 2006, plaintiff having failed to inform the Court of his intention to pursue this litigation as directed in the Court's order issued on December 14, 2005 (D.I. 3);

IT IS ORDERED that the above captioned action shall be dismissed for failure to prosecute, pursuant to D.Del. LR 41.1.

_____
UNITED STATES DISTRICT JUDGE